IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| ANGELA LYNETTE COY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:21-cv-00716-HEH |
| TRANS UNION, LLC, et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF DISSOCIATION OF COUNSEL

Please take notice that effective January 21, 2022, Matthew D. Lamb is no longer associated with Ballard Spahr LLP and should be removed as counsel of record for defendant Conduent Education Services, LLC ("Conduent"). Conduent remains represented by John D. Sadler of Ballard Spahr LLP.

Dated: January 18, 2022.

BALLARD SPAHR LLP

/s/ Matthew D. Lamb
John D. Sadler (Va. Bar No. 80026)
Matthew D. Lamb (Va. Bar No. 95669)
Ballard Spahr LLP
1909 K Street, NW - 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
lambm@ballardspahr.com

*Counsel for Defendant Conduent Education Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2022, I electronically filed the foregoing **Notice of Dissociation of Counsel**.  Service will be made electronically on all counsel who have appeared.

                                            /s/ Matthew D. Lamb
                                            Matthew D. Lamb